### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JAMES DENBY,  PETITIONER
Reg. # 07767-026

V.  2:14CV00108-JLH

C.V. RIVERA, Warden,
FCI - Forrest City Low  RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 1st day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE